IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT,
IN AND FOR DUVAL, COUNTY, FLORIDA
CASE NUMBER:

DANUBE LOGISTICS USA INC.,
a Texas corporation, as assignee
of BYD AMERICA LLC
Plaintiff

v.

LYNNHURST LOGISTICS,LLC,
a Minnesota limited liability company

AND

AMERICA 1 LOGISTICS, LLC
a Florida limited liability company
Defendant.
/

**COMPLAINT**

COMES NOW, Plaintiff, Danube Logistics USA Inc. as assignee of BYD America LLC (herein "Plaintiff") by and through its undersigned counsel, and sues Defendant, America 1 Logistics, LLC (Herein "America 1) and Lynnhurst Logistics, LLC (herein "Lynnhurst") and states its complaint as follows:

1. This is an action for damages in which the amount in controversy that exceeds $50,000.00 exclusive of court costs, interest, and attorney's fees.

2. Plaintiff is a Texas corporation doing business in interstate commerce.

3. Defendant, Lynnhurst Logistics, LLC is a Minnesota Limited Liability Company doing business in Duval County, Florida.

4. Defendant, America 1 Logistics, LLC, is an Indiana Corporation authorized to do business in the state of Florida and doing business in Duval County Florida.



ACCEPTED: DUVAL COUNTY, JODY PHILLIPS, CLERK, 07/02/2025 04:44:25 PM

4. On or about October 2, 2023, Plaintiff, Danube Logistics USA, INC was hired by Byd America, LLC to ship solar panels (herein "Solar Panesl") valued at $137,826.00 via truck from the port of Jacksonville to a solar farm in Green Cove Springs Florida.

5. Danube Logistics issued pickup and delivery instructions to Lynnhurst to deliver the solar panels to Terrill Creek Solar Entergy Enter in Green Cove Springs Florida. See attached exhibit 1.

6. Lynnhurst, retained the trucking services of America 1, LLC to truck the solar panels at the request of Plaintiff. See attached Exhibit 2.

7. The Solar Panels to be shipped were owned by Byd Amercia, LLC and Byd America has since Assigned all of its rights in this matter to Plaintiff via the assignment attached hereto as Exhibit 3.

8. On October 20, 2023, while in the possession and control of Lynnhurst and America 1, the truck containing the Solar Panels, tipped over in a trucker yard located in Jacksonville Florida, Duval County Florida.

9. Plaintiff has retained the undersigned attorneys to represent it in this action and is obligated to pay said attorneys a fee for services.

10. Plaintiff has complied with all conditions precedent to the filing of this action.

## COUNT I – BREACH OF CONTRACT

11. Plaintiff realleges each and every allegation contained in Paragraph 1 through 11 as fully realleged herein.

12. This is an action for breach of contract against Defendant, Lynnhurst as a result of damage to the Solar Panel load and the subsequent salvage of said load without the approval of Plaintiff.

13. Plaintiff has paid the total of $137,826.00 to cover the damages to the load and thus has been damaged by virtue of the breach of contract by Defendant Lynnhurst in its failure to deliver the load safely to its destination.

14. As a result of the Breach of Contract by Defendant Lynnhurst, Plaintiff has been damaged in the amount of $137,826.00

Wherefore Plaintiff prays that the Court award it damages in the amount of $137,826.00 plus court cost, interest and such other and further relief as the Court deems just and equitable under the circumstances.

**COUNT II – Negligence**

19. This is an action for Negligence against America 1 Logistics, LLC.

20 Defendant, America 1, was hired by Lynnhurst to transport the solar panels owned by Byd as a result of a contract between Lynnhurst and Plaintiff.

21. By virtue of the assignment, Plaintiff owns the claim of Byd in this matter.

22. Defendant America 1 had a duty to Plaintiff and to Byd to transport the solar panels without tipping over the tractor trailer containing the panels and damaging them beyond repair.

23 Further, Defendant America 1 had a duty to ensure the proper retention and salvage of the Solar Panels to ensure inspection to allow for recovery of insurance proceeds if available.

24. Defendant, America 1 breached its duty to Plaintiff to safely transport the solar panels and to ensure proper salvage by failing to do both.

25. Plaintiff has been damaged in the amount of $137,826.00 as a result of the breach of duty by Defendant America 1.

Wherefore Plaintiff prays that the Court award it damages in the amount of $137,826.00 plus court costs, interest and such other and further relief as the Court deems just and equitable under the circumstances against Defendant America 1.

WETHERINGTON HAMILTON, P.A.

By: ______________________

Theodore J. Hamilton, Esquire
Florida Bar Number: 892963
Benjanim J. Kanoski, Esquire
Florida Bar Number: 78252
812 W. Dr. MLK, Jr. Blvd., Suite 101
Tampa, FL 33603
(813) 225-1918 (phone)
(813) 225-2531 (fax)
tjhpleadings@whhlaw.com
bjkpleadings@whhlaw.com

# DANUBE LOGISTICS USA INC.

1320 GREENWAY DR., SUITE 175, IRVING ,TX 75038
TEL: 9725593720 FAX: 9725593728
EMAIL: garylin@danube-logistics.com

# Pickup/Delivery Instruction

| | | |
|---|---|---|
| *To Trucking Co.*<br>Lynnhurst Logistics<br>9845 W 74th St<br>Eden Prairie, MN 55344<br>ATTN : Aaron Zepnick<br>TEL :612-791-7523<br>Email : azepnick@lynnhurstlogistics.com | *Date*<br>10-02-2023<br><br>*Commodity*<br>SOLAR PANEL BYD-650MSTK-33 | *By*<br>Diana Sun<br><br>*Total Pkgs.*<br>216 PKGS |
| *Pick-Up At :*<br>SSA JACKSONVILLE<br>5800 William Mills St.<br>JACKSONVILLE, FL 32226 | *Pick-Up Ref. No.*<br><br>*Pick-Up Date/Time* | *Pick-Up Contact* |
| *Deliver To*<br>Terrill Creek Solar Energy Center<br>5345 HOGARTH RD,<br>GREEN COVE SPRINGS, FL 32043<br>GPS PINPOINT LOCATION FOR GOOGLE MAPS: 29.894865, -81.785978<br>DO NOT USE SAUNDERS RD | *Delivery Ref. No.*<br><br>*Delivery Date/Time* | *Delivery Contact* |
| *Bill To :*<br>DANUBE USA<br>1320 Greenway Dr., Suite 175<br>IRVING, TX 75038 | *Billing Reference No.*<br>LOCAL000444<br><br>*MBL No / MAWB No*<br>HDMUPN1M37508800 | *Carrier*<br><br>*VSL & VOY No / Flt No*<br>ONE WREN V.0021E |
| *Container No.* | *HBL No / HAWB No*<br>HDMUPN1M37508800<br>*Port of Discharge*<br>JACKSONVILLE,FL<br>*Place of Delivery*<br>JACKSONVILLE,FL | <br><br>*E.T.A*<br>10-08-2023<br>*E.T.A.*<br>10-08-2023 |

| MARK | DESCRIPTION | PKGS | WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| | SOLAR PANEL BYD-650MSTK-33 | 216 PKGS | 229368.00 KGS<br>505664.69 LBS | 821.040 CBM<br>28994.78 CFT |

**Special Instruction** :
***APPT REQUIRED***
CONTACT: Marfe McAlpin
PHONE: 320-248-3802
PROJECT NAME: Terrill Creek
MODULE SUPPLIER: BYD

EXHIBIT
tabbies
1

**You are requested to inform us immediately of any occurrence.**
**Thank You for your service !**

**PICK-UP & DELIVERY INSTRUCTION RIDER** Ref # LOCAL000444 BL # HDMUPN1M37508800

| Container No | Type | Seal No | Pkgs | Unit | | | |
|---|---|---|---|---|---|---|---|
| HMMU6336672 | 40HC | 213219582 | 18 | | | | |
| HMMU6365500 | 40HC | 213219586 | 18 | | | | |
| HMMU6397045 | 40HC | 213219560 | 18 | | | | |
| HMMU6549019 | 40HC | 213219584 | 18 | | | | |
| HMMU6554289 | 40HC | 213219585 | 18 | | | | |
| KOCU4059195 | 40HC | 213219556 | 18 | | | | |
| KOCU4196773 | 40HC | 213219559 | 18 | | | | |
| KOCU4532749 | 40HC | 213219557 | 18 | | | | |
| KOCU4689050 | 40HC | 213219558 | 18 | | | | |
| KOCU5244984 | 40HC | 213219587 | 18 | | | | |
| KOCU5253287 | 40HC | 213219583 | 18 | | | | |
| TCLU8723745 | 40HC | 213219581 | 18 | | | | |
| | **Total** | | 216 | | | | |

LYNNHURST LOGISTICS
9845 W 74TH STREET
EDEN PRAIRIE, MN 55344
Docket: MC00858964
Phone: 6122583066
Fax: (952) 983-3288

# LOAD CONFIRMATION

| | |
|---|---|
| Load # | 71629 |
| Date | 05/15/2025 |
| Equipment | Container - 40' High Cube |
| Distance | 52 miles |
| Intermodal/Dray Container Number | Tiana |

## Carrier Information

| | | | | | |
|---|---|---|---|---|---|
| AMERICA 1 LLC | MC Number | MC752131 | Driver | *Driver not set* |
| 4229 FELLOWSHIP DR SUITE A | Primary Contact | Scott | Phone | |
| MOBILE, AL 36619 | Phone | (251)441-4441 | Email | |
| (251)441-4441 | Fax | | Fax | |

## Notes and References

Reference(s) REF: LOCAL000444
Container: HMMU6564269
B/L: HDMUPN1M37508800

## Stops / Actions

| # | Action | Date/Time | Location | Contact |
|---|---|---|---|---|
| 1 | Pickup | 10/08/23 - 10/13/23 | SSA Jacksonville<br>5800 William Mills St<br>Jacksonville, FL 32226-4013<br>USA | Primary Contact<br>Phone: |
| 2 | Delivery | 10/09/23 - 10/16/23 | Terrill Creek Solar Energy Center<br>MOSS & ASSOCIATES SOLAR<br>5346 Hogarth Rd<br>Green Cove Springs, FL 32043<br>USA | Primary Contact<br>Phone: |

## Pay Items

| Description | Notes | Quantity | Rate | Amount |
|---|---|---|---|---|
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | [redacted] | [redacted] | [redacted] |
| [redacted] | | | | [redacted] |

CARRIER RESPONSIBILITIES

THIS LOAD WILL NOT BE DOUBLE BROKERED. If load is outsourced, Lynnhurst Logistics has no obligation to pay CARRIER and may make payment directly to the company that actually provided the transport services. CARRIER must notify at time of occurrence on any accessorial or payment will be denied. If load is marked FULL TRUCK LOAD on rate confirmation CARRIER may not partial out load or a reduced payment may be applied. CARRIER may not under any circumstances break seal without prior permission of LYNNHURST. Change in CARRIER equipment (trailer type, length, tarps) not on rate confirmation must be approved by Lynnhurst prior to loading.

DETENTION REQUIREMENTS Carrier must call their broker at the 90-minute mark of their arrival time at the customer. 1. Carrier must state the departure time at the end of the delay, excluding time allotted for freight securement. 2. In and out times must be signed off by the customer on Bill of Lading.

THIS PICK UP ORDER WILL BE SUBJECT TO THE TERMS OF THE AGREEMENT FOR MOTOR CONTRACT CARRIER SERVICES PREVIOUSLY EXECUTED BETWEEN LYNNHURST LOGISTICS AND ITS CARRIER AND THIS PICK UP ORDER CONSTITUTES AN ADDENDUM TO THE TERMS OF THAT AGREEMENT. CARRIER'S CARGO INSURANCE POLICY MUST NOT EXCLUDE FROM COVERAGE ANY COMMODITIES OR CARGO TENDERED TO CARRIER. CARRIER SHALL NOT ACCEPT ANY FREIGHT FOR SHIPMENT WHICH CARRIER KNOWS OR SHOULD KNOW IS FREIGHT

EXHIBIT
tabbies®
a

EXCLUDED UNDER COVERAGE BY CARRIER'S CARGO INSURANCE. CARRIER ACCEPTING FREIGHT EXCLUDED UNDER ITS CARGO INSURANCE WILL NOT RELIEVE CARRIER OF ANY CARGO CLAIM LIABILITY IT HAS TO LYNNHURST LOGISTICS OR ANY PARTY IN THIS TRANSACTION. IF CARRIER'S CARGO INSURANCE POLICY CONTAINS A SCHEDULE OF COVERED VEHICLES, CARRIER WILL NOT TRANSPORT ANY CARGO ON THIS SHIPMENT USING A VEHICLE THAT IS NOT LISTED AS A SCHEDULED VEHICLE ON CARRIER'S CARGO INSURANCE POLICY

Invoicing Instructions: Settlements paid within 30 days from the date we receive your invoice. All invoices must include a SIGNED DELIVERY RECEIPT, BOL and ORDER # and be sent to the address above. Documents may be emailed to accounting@lynnhurstlogistics.com

Driver Name ____________________ Driver Cell Phone # ____________________

Print Name ____________________ Signature ____________________ Date ________

# ASSIGNMENT OF CLAIM

For and in valuable consideration, BYD America LLC, as the owner of the subject shipment described below, (Claimant") hereby expressly grants, conveys and assigns to Danube Logistics USA Inc. ("Danube") all of its right, title and interest in and to the claim and any causes of action and/or rights to recovery which Claimant may have against Lynnhurst Logistics LLC, America 1 LLC, and their parents, affiliates, successors, and assigns, and their respective officers, agents, representatives, attorneys, employees (hereinafter "Responsible Parties"), in connection with, arising from, by reason of, or related to the loss of the shipment, consisting of 18 packages of Solar Panels (Container # HMMU6554289) under Bill of Lading No. HDMUPN1M37508800, that occurred on or about October 20, 2023 in the City of Jacksonville, Florida (hereinafter the "Claim") and any subsequent investigation, adjustment or other conduct by or on behalf of the Responsible Parties in respect of the Claim.

This Assignment shall include any and all of Claimant's procedural and substantive rights to pursue and collect any and all monies due arising out of or relating to the Claim, including all of Claimant's rights to file suit and to pursue every other remedy available to Claimant against the Responsible Parties and their insurance carriers arising out of or relating to the Claim. The intent of the foregoing is that Danube shall stand in the position of Claimant with respect to all of Claimant's rights whatsoever against the Responsible Parties, their insurance carriers and any and all Other Responsible Persons arising out of or relating to the Claim.

Notwithstanding the foregoing Assignment, Claimant will cooperate reasonably with Danube in its collection efforts against such third parties, if any such efforts are undertaken by Danube.

Claimant represents and warrants that it has all necessary power and lawful authority to enter into this Assignment and to assign the rights assigned herein and that this Assignment does not violate any applicable contractual obligations of Claimant. Claimant represents and warrants that as of the date hereof, it has not assigned to any other party or compromised any right or action assigned to Danube herein nor has Claimant received any amount or benefit of any kind from any third party in collection, settlement or compromise of any such assigned right or action.



EXHIBIT 3

Claimant shall indemnify and hold Danube and its parent, affiliates and insurers harmless from and against any and all Losses of any kind incurred by Danube to the extent that such Losses arise out of the untruth, inaccuracy or breach of the representations and warranties of Claimant contained in this Assignment. For purposes hereof, "Losses" shall mean all fees, costs, damages, penalties and expenses incurred by Danube or any of its parent, affiliates or insurers, including reasonable attorneys' fees and expenses in connection with the investigation, prosecution or defense of any claim arising from or related to any such untruth, inaccuracy or breach, and including any attorneys' fees and expenses arising in connection with the enforcement of any obligation contained in this Assignment.

This Assignment is governed and construed by the laws of the State of California.

Date: June 20, 2024

**CLAIMANT:**

**BYD AMERICA LLC.**

By: [signature]

Name: Nianbo Yu

Title: Senior Operations Manager