**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANUBE LOGISTICS USA INC.,
a Texas corporation, as assignee
of BYD AMERICA LLC

CASE NO. 3:25-cv-923-MMH-PDB

Plaintiff,

v.

LYNNHURST LOGISTICS,LLC,
a Minnesota limited liability company
AMERICA 1 LOGISTICS, LLC
a Florida limited liability company

Defendants.

---

**AMERICA 1 LOGISTICS, LLC'S AMENDED DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

☒ No.

☐ Yes, and

☐ These parent corporations and publicly held corporations own 10% or more of the filer's shares: [].

☐ The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer:

**America 1 Logistics, LLC is an Indiana limited liability company.**

**America 1 Logistics, LLC has one (1) member:**

**US 1 Logistics, LLC**
**203 Fort Wade Road, Suite 320**
**Ponte Vedra, Florida 32081**

**US 1 Logistics, LLC has two (2) members:**

**US 1 Industries, Inc.**
**336 West U.S. Hwy 30, Suite 201**
**Valparaiso, IN 46385**

**US 1 Industries, Inc.'s is an Indiana Corporation with its principal place of business in Indiana.**

**MM Cavanaugh LLC**
**121 Senora Court**
**St. Augustine Florida**
**32095**

**MM Cavanaugh LLC has one member, Michael Cavanaugh, who is a Florida resident and domicile.**

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☐ No.

☒ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action: []

**Travelers Property Casualty Company of America**

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Signed: September 29, 2025

*/s/ Erica Baines*
Erica Baines
Florida Bar No. 58121
Husch Blackwell LLP
120 South Riverside Plaza, Suite 2200
Chicago, Illinois 60606-3912
Telephone: 312.655.1500
Fax: 312.655.1501
Erica.Baines@huschblackwell.com

***Attorneys for America 1 Logistics, LLC***

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 29th day of September 2025, a true and correct copy of the foregoing was electronically filed with the Clerk of Court by using the CM/ECF filing system, which will serve a copy of this document by electronic notice to all Attorneys and Parties of record in this case.

*/s/ Erica Conklin Baines*
Erica Conklin Baines, Esq.