**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

DANUBE LOGISTICS USA, INC, a
Texas corporation, as assignee of BYD AMERICA,
LLC,

CASE NO.: 3:25-cv-923-MMH-PDB

Plaintiff,

vs.

LYNNHURST LOGISTICS, LLC, a
Minnesota limited liability company and AMERICA
1 LOGISTICS, LLC, a
Florida limited liability company,

Defendants.

---

**PLAINTIFF DANUBE LOGISTICS'S SUPPLEMENTAL DISCLOSURE STATEMENT UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03**

1. Is the filer a non-governmental corporate party or non-governmental corporation moving to intervene?

☐ No.

☒ Yes, and

☒ These parent corporations and publicly held corporations own 10% or more of the filer's shares:

**Hongkong Danube International Logistics Co, LTD.**

☐ The filer has no parent corporation.

☐ No publicly held corporation owns 10% or more of the filer's shares.

2. Is the court's jurisdiction based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d)?

☐ No.

☒ Yes, and this is the name and citizenship of each person or entity whose citizenship is attributed to the filer: Filer is a Texas Corporation with its principal place of business in Texas.

a. Is the court's jurisdiction based on 28 U.S.C. § 1332(a) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

b. Is the court's jurisdiction based on 28 U.S.C. § 1332(d) and the filer a limited liability company or other unincorporated entity?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(d)(10).

c. Is the filer an insurer?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with § 1332(c)(1).

d. Is the filer a legal representative?

☒ No.

☐ Yes, and the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(2).

e. Has the filer identified any corporation?

☐ No.

☒ Yes, and for each, the filer has identified citizenship in accord with 28 U.S.C. § 1332(c)(1).

f. Has the filer identified any natural person?

☒ No.

☐ Yes, and for each, the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

3. Is there any other person or entity that has or might have an interest in the outcome of the action, including any interested or potentially interested lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity?

☐ No.

☒ Yes. These additional persons and entities have or might have an interest in the outcome of the action: Byd America, LLC assignee.]

4. Might the outcome of this action affect any entity, not yet identified, with publicly traded shares or debt?

☒ No.

☐ Yes, and this is the entity: [].

5. Is this a bankruptcy action?

☒ No.

☐ Yes, and the debtor is [].

☐ Yes, and the members of the creditors' committee are [].

6. Is this a criminal case?

☒ No.

☐ Yes, and these persons are arguably eligible for restitution: [].

7. Is there an additional entity likely to actively participate in this action?

☒ No.

☐ Yes, and this is the entity: [].

8. Does the filer certify that, except as disclosed, the filer is unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and the filer will immediately notify the judge in writing within fourteen days after the filer knows of a conflict?

☒ Yes.

Dated: October 6, 2025

TJL

Theodore J. Hamilton, Lead Counsel Florida Bar No. 892963
Wetherington Hamilton, P.A.
801 W. Dr. MLK Jr. Blvd, Suite 101
Tampa, FL 33603
Telephone: (813) 225-1918 ext 114
Facsimile: (813) 225-2531 Email: tjh@whhlaw.com
Secondary Email: tjhpleadings@whhlaw.com
*Attorneys for Plaintiff, Danube Logistics, LLC*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of October 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will provide notice of electronic filing and a copy of the foregoing to the following:

Erica Conklin Baines
HUSCH BLACKWELL, LLP
120 South Riverside Plaza, Suite 2200
Chicago, IL 60606
Primary: erica.baines@huschblackwell.com
Email:leah.larsonpayant@huschblackwell.com *Attorneys for Defendant America 1 Logistics*

L. Johnson Sarber, III
L. Johnson Sarber, III, Lead Counsel Florida Bar No. 0104116
Attorneys for Defendant Lynnhurst
Logistics, LLC

CARR ALLISON
Truist Tower
Jacksonville, Florida 32202
Facsimile: (904) 328-6473
Secondary Email: asparks@carrallison.com 200 West Forsyth Street, Suite 600
Telephone: (904) 328-6456 Email: jsarber@carrallison.com
*Attorneys for Defendant Lynnhurst Logistics, LLC*

WETHERINGTON HAMILTON, P.A.

By: ______________________________
Theodore J. Hamilton, Esquire
Florida Bar Number: 892963
Benjanim J. Kanoski, Esquire
Florida Bar Number: 78252
812 W. Dr. MLK, Jr. Blvd., Suite 101
Tampa, FL 33603
(813) 225-1918 (phone)
(813) 225-2531 (fax)
tjhpleadings@whhlaw.com
bjkpleadings@whhlaw.com